**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**TACOMA, WASHINGTON**

| | |
|---|---|
| VICTOR VIVANCO REYES,<br><br>　　　Petitioner,<br><br>　　　　　v.<br><br>TODD BLANCHE, et al.<br><br>　　　Respondents. | Case No.: 2:26-cv-2490<br><br>ORDER |

This matter comes before the Court on the Petitioner's Unopposed Motion for Voluntary Dismissal pursuant to FRCP 41(a)(2).  Having considered the parties' papers,

**Order - Case No:**
**2:26-cv-2490**

IT IS HEREBY ORDERED that this case is voluntarily dismissed pursuant to FRCP 41(a)(2), subject to the following terms:

(1) Respondents will not re-detain Petitioner except under the following circumstances:

(a) administrative review and judicial review of removal proceedings are completed and a final order of removal is issued; or

(b) there is a significant change in circumstances such as a resolution of Mr. Vivanco's serious health conditions, such that re-detention is warranted; and

(2) Prior to any re-detention Mr. Vivanco will be given notice and an opportunity for a pre-deprivation hearing before a neutral decision-maker.

Dated: _____July 31, 2026_____

_____
Theresa L. Fricke
U.S. Magistrate Judge

**Order -  Case No:**
**2:26-cv-2490**